UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

UNITED STATES OF AMERICA

     - against -

ALBERT MUJAJ,

             Defendant.

---------------------------------------X

                                   **O R D E R**

                                  25 Cr. 84 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on August 7, 2025, defendant Albert Mujaj pled guilty to Count Two of the Indictment, which carries a mandatory term of imprisonment of two years; it is hereby

    **ORDERED** that the defendant is to remain in the custody of the United States Marshal Service until his sentencing date.

DATED:    New York, New York
              August 7, 2025

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE